## IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA

PATRICK CLARK HOLLEY, individually    **CJ-2015-04505**

        Plaintiff,            )        JEFFERSON D. SELLERS

                       )

v.                        )

                       )

STATE FARM           )        DISTRICT COURT

                       )        **F I L E D**

        Defendant.       )

                                DEC - 8 2015

### PETITON

SALLY HOWE SMITH, COURT CLERK

Comes now the Plaintiff, Patrick Clark Holley, for his cause of action against STATE OF OKLA. TULSA COUNTY
Defendant, State Farm alleges and stataes as follows:

### JURISDICTION

1. That the Plaintiff, Patrick Clark Holley, is a resident of Tulsa County, Oklahoma.

2. That the Defendant, State Farm, is a foreign corporation doing business in Tulsa County, Oklahoma.

3. That the subject incident occurred in Tulsa County, Oklahoma.

4. The Plaintiff alleges damages in excess of One Hundred Thousand Dollars, ($100,000.00) occurred within Tulsa County, Oklahoma.

    WHEREFORE, Oklahoma courts have jurisdiction over the defendant and the District Court of Tulsa County is the appropriate state venue.

### FACTS

5. The incident occurred on December 8th, 2013 in Sand Springs, Oklahoma.

6. The incident was a fire located at the historical family home located at 1212 North Garfield Ave, Sand Springs, Tulsa County, Oklahoma.



7. The Plaintiff, Patrick Clark Holley at the time of the incident had a Home Owner's policy (36-ER-3539-0) that provides insurance coverage for complete replacement cost of structure, (Dwelling Loss) provided by the Defendant, State Farm, for the amount of Two Hundred Nine Thousand Nine Hundred Dollars, ($209,900.00) and additional coverage for ordinance for the amount of Twenty Thousand Nine Hundred Ninety Dollars, ($20,990.00), and coverage for Personal Property for the amount of One Hundred Fifty Seven Four Hundred Twenty Five Dollars, ($157,425.00). Collectively the coverage at the time of the incident was Three Hundred Eighty Eight Thousand Three Hundred Fifteen Dollars, ($388,315.00) plus additional living costs and loss of use. Current policy the collective coverage is Four Hundred Seven Thousand Dollars, ($407,000.00) plus additional living costs and loss of use.

## CAUSE OF ACTION

8. The Defendant, State Farm, FAILED TO PERFORM and acted in BAD FAITH and is LIABLE for reasonable settlement.

9. The Defendant, State Farm, failed to do due diligence with regard grandfathered easements resulting in determination that the structure could be rebuilt when in actuality the structure was a total loss.

10. The Defendant, State Farm, in failing to do due diligence caused needless expense, delay, and great emotional pain and suffering to the Plaintiff.

11. The Defendant, State Farm, failed to perform with errors in process causing more than Five Hundred, (500) items of loss to not be recorded, denying a replacement cost benefit in excess of Twenty Five Thousand Dollars, ($25,000.00) to denied and or delayed to the Plaintiff.

12. The Defendant, State Farm, unreasonably misinterprets policy language to favor the defendant, State Farm.

13. The Defendant, State Farm, used indiscriminate measures combining information that resulted in reducing the value available for payment of the claim.

14. The Defendant, State Farm, used indiscriminate measures closing out a line item as paid when additional replacement cost and units were still available. This action resulted in reducing the value available for payment of the claim.

06062016

WHEREFORE , the Plaintiff, Patrick Clark Holley, prays this court to enter judgment in favor of the Plaintiff, Patrick Holley, on his cause of action against the Defendant, State Farm, for the current policy limits in effect the day of the incident in the amount of Three Hundred Eighty Eight Thousand Three Hundred Fifteen Dollars, ($388,315.00), exclusive of cost and interest as well as any fees incurred by any future legal counsel in addition to other and future relief this court deems just and proper.

Respectfully submitted,

Patrick Clark Holley
*Pro Se*
1212 north Garfield
Sand Springs, OK 74063
PO Box 582
Stillwater, OK 74076
Telephone (918) 853-6302

## VERIFICATION

I, PATRICK CLARK HOLLEY, attest that everything stated above is true and accurate to the best of my knowledge under penalty of perjury.

Patrick Clark Holley

## CERTIFICATE OF MAILING

I, PATRICK CLARK HOLLEY, certify that on the 8th day of December, 2015 a true and correct copy of the above instrument was mailed, with sufficient prepaid postage, via to :

State Farm Insurance
36-3M56-431
PO Box 106169
Atlanta, GA 30348

Patrick Clark Holley