# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) PATRICK CLARK HOLLEY, individually, | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 16-CV-00380-GKF-TLW |
| (1) STATE FARM, | ) ) ) |
| Defendant. | ) |

### STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Pro Se, and Defendant's counsel, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice.

/s/ Patrick Clark Holley
Patrick Clark Holley
1212 North Garfield
Sand Springs, Oklahoma 74063
*Pro Se Plaintiff*

/s/ John S. Gladd
John S. Gladd, OBA #12307
J. Andrew Brown, OBA #22504
525 South Main, Suite 1500
Tulsa, OK  74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
Attorney for Defendant

S:\Files\416\294\Stipulation-djs.wpd